[No. 5570–1.   Division One.   August 3, 1978.]

CREDIT NORTHWEST CORPORATION, *Respondent,* v. THE
NEW PHOENIX, INC., *Defendant,* RICHARD L.
FULTON, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 816188, James J. Dore, J., entered April 26,
1977. *Affirmed* by unpublished per curiam opinion.

[No. 5641–1.   Division One.   August 3, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
ARNESS PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 77273, Robert W. Winsor, J., entered May 26,
1977. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Dore, J.

[No. 5692–1.   Division One.   August 3, 1978.]

*In the Matter of the Welfare of*
JOHN LEE SHAW.

Appeal from a judgment of the Superior Court for King
County, No. J–78852, Stanley C. Soderland, J., entered
June 20, 1977. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by James and Petrie, JJ.